IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Princeton Strategic Investment Fund LLC, and Presidio Growth, LLC,<br><br>    Petitioners,<br>  v.<br><br>United States of America,<br><br>    Respondent.<br>_____ / | NO. C 04-04310 JW<br><br>**ORDER REQUIRING PRODUCTION OF DOCUMENTS** |

Presently before the Court is Respondent's Motion for Summary Judgment. (See Docket Item No. 34.) Upon review, the Court finds that additional documents related to this matter would be of assistance to the Court in evaluating the parties' positions. Because these documents are within Respondent's possession, the Court places the burden on Respondent to produce them for the Court.

On or before **October 17, 2011**, Respondent shall file: (1) Any settlement documents between Ken Jones and the Internal Revenue Service (IRS) relating to this matter; and (2) IRS adjustments to the 1999 tax returns of Ken Jones reflecting the IRS's treatment of the tax deductions at issue.

Nothing in this Order is intended to indicate that Respondent's production of evidence is or is not sufficient to support its Motion. The production of these additional documents is intended solely to aid the Court in its assessment of the issue presented.

Dated: October 11, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Martin Aaron Schainbaum schainbm@taxwarrior.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated: October 11, 2011**  **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**