IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Princeton Stategic Investment Fund LLC, et al., <br><br> Petitioners, <br> v. <br><br> United States of America, <br><br> Respondent. | NO. C 04-04310 JW <br><br> **ORDER PROVIDING NOTICE OF POSSIBILITY OF GRANTING PARTIAL SUMMARY JUDGMENT TO NONMOVANT** |

This case is scheduled for a hearing on Respondent's Motion for Summary Judgment on October 24, 2011. Petitioners have not cross-moved for summary judgment or partial summary judgment.

Federal Rule of Civil Procedure 56(f)(1) provides that a court may, after providing notice and a reasonable time to respond, grant summary judgment for a nonmovant. Fed. R. Civ. P. 56(f)(1).

Upon review of Respondent's Motion, the Court hereby gives notice to the parties that the Court may grant partial summary judgment to Petitioners on the issue of whether a Gross Overvaluation Misstatement Penalty was properly assessed against Petitioners. The Court has considered all argument and evidence submitted by the parties to date on this issue.[1]

---

[1] (See Respondent's Motion for Summary Judgment, Docket Item No. 34; Princeton Strategic Investment Fund, LLC and Presidio Growth LLC's Opposition to Respondent's Motion for Summary Judgment, Docket Item No. 38; Respondent's Reply to Petitioner's Opposition to Respondent's Motion for Summary Judgment, Docket Item No. 41.)

      Should the government wish to respond to this Notice, it may file further supplemental papers on or before **October 21, 2011 at noon**.

Dated: October 19, 2011

                                                JAMES WARE
                                                United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Martin Aaron Schainbaum schainbm@taxwarrior.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated:  October 19, 2011**                          **Richard W. Wieking, Clerk**

                                                      **By:     /s/ JW Chambers**
                                                             **Susan Imbriani**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California